U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JAN 2 9 2025

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 25 CR 008 WMC |
| JOHNTAY L. JOHNSON, | 21 U.S.C. § 856(a)(1) |
| | 21 U.S.C. § 841(a)(1) |
| | 18 U.S.C. § 2 |
| Defendant. | 18 U.S.C. § 922(g)(1) |
| | 21 U.S.C. § 853(a) |
| | 18 U.S.C. § 924(d)(1) |
| | 18 U.S.C. § 2461(c) |

---

THE GRAND JURY CHARGES:

## COUNT 1

From on or about December 19, 2023, to on or about November 21, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly used and maintained a place, specifically, 114 ½ North 5th Avenue, Marathon County, Wisconsin, for the purpose of manufacturing, distributing, and using a controlled substance, specifically, cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1)).

## COUNT 2

On or about January 6, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 3

On or about February 5, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 4

On or about March 13, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and

Title 18, United States Code, Section 2).

### COUNT 5

On or about March 15, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about April 24, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 7

On or about May 30, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and

Title 18, United States Code, Section 2).

## COUNT 8

On or about July 17, 2024, in the Western District of Wisconsin, the defendant,

JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and

Title 18, United States Code, Section 2).

## COUNT 9

On or about September 10, 2024, in the Western District of Wisconsin, the defendant,

## JOHNTAY L. JOHNSON,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a SCCY, model DVG-1, 9mm handgun, a Glock, model 17, 9mm handgun, and a Springfield Armory, model XD-40, .40 caliber handgun, said firearms having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 10

On or about September 26, 2024, in the Western District of Wisconsin, the defendant,

## JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 11

On or about November 21, 2024, in the Western District of Wisconsin, the defendant,

## JOHNTAY L. JOHNSON,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## FORFEITURE ALLEGATIONS

1. As result of the offenses charged in Counts 1 through 8, Count 10, and Count 11 of the indictment, the defendant,

JOHNTAY L. JOHNSON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting and derived from any proceeds, the defendant obtained directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following property: $13,121 in U.S. Currency.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 9 of the indictment, the defendant,

JOHNTAY L. JOHNSON,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- a SCCY, model DVG-1, 9mm handgun,
- a Glock, model 17, 9mm handgun,
- a Springfield Armory, model XD-40, .40 caliber handgun,

5

- 9mm ammunition, and
- .40 caliber ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 01-29-2025

_____
TIMOTHY M. O'SHEA
United States Attorney